# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MILTON BLANCHET | CIVIL ACTION NO. 09-1224 |
| ANDREW STELLY | |
| ASHLEY PERRODIN | JUDGE DOHERTY |
| | |
| VERSUS | MAGISTRATE JUDGE METHVIN |
| | |
| US X PRESS | |
| RALPH F. BRADY | |
| BANC OF AMERICAN LEASING & CAPITAL, LLC | |

## *MEMORANDUM RULING*
*(Rec. Doc. 9)*

This matter is before the undersigned on an unopposed Motion to Remand.[1] Attached to the motion is a Stipulation that the amount in controversy does not exceed seventy-five thousand ($75,000) dollars.[2] The defendants removed the matter to federal court after reviewing the petition and a demand letter. The petition was silent as to the amount of damages, but did not request a jury trial.[3] The plaintiff asserts, and the defendant does not disagree, that based on plaintiffs' stipulation, the amount in controversy is insufficient under 28 U.S.C. §1332, and this court lacks subject matter jurisdiction.

The jurisdictional amount must be assessed at the time of removal. Gebbia v. Walmart Stores, Inc., 233 F.3d 880, 883 (5th Cir. 2000). Therefore, a stipulation will be considered only insofar as it sheds light upon the amount in controversy at the time of removal. Allen v. R & H Oil and Gas Co., 63 F.3d 1326, 1336 (5th Cir. 1995). The removal statutes should be strictly

---

[1] Rec. Doc. 9.

[2] Rec. Doc. 9-3.

[3] La. C.C.P. art. 893 requires an allegation that the amount in controversy either exceeds or is less than the requisite amount for a jury trial, and La. C.C.P. art. 1732 allows a jury trial only when an individual petitioner's cause of action exceeds fifty thousand ($50,000) dollars.

construed in favor of remand.  <u>Manguno v. Prudential Property and Cas. Ins. Co.</u>, 276 F.3d 720, 723 (5th Cir. 2002).

The plaintiffs' stipulation clarifies that the amount in controversy at the time of removal did not exceed seventy-five thousand ($75,000) dollars, and thus did not meet the jurisdictional minimum pursuant to 28 U.S.C. §1332.  Therefore, remand is appropriate.

Signed at Lafayette, Louisiana, on August 21, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)